# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| AXIS INSURANCE COMPANY<br><br>                Plaintiff,<br>v.<br><br>THE CROMWELL GROUP, INC., HANCOCK COMMUNICATIONS, INC., BRIAN JACKSON, and BRACK STACY<br><br>                Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 4:18-cv-181-JHM<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL, WITHOUT PREJUDICE

The Court, having received AXIS Insurance Company's Notice of Voluntary Dismissal, Without Prejudice, and being sufficiently advised in the premises, it is hereby Ordered as follows:

1. This action is hereby **DISMISSED, WITHOUT PREJUDICE**.

2. Nothing in this Order shall be construed to prohibit AXIS from re-filing an action based on the same claims as those relating to the subject matter of this action.

So Ordered

*Joseph H. McKinley*

Joseph H. McKinley Jr., District Judge
United States District Court

January 7, 2019

1

Jared A. Cox
jcox@bgdlegal.com
Aaron W. Marcus
amarcus@bgdlegal.com
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
COUNSEL FOR PLAINTIFF, AXIS INSURANCE COMPANY

Hancock Communications
Agent:  Wayne F. Collier
c/o Kinkead & Stilz, PLLC
PNC Bank Tower
301 East Main Street
Lexington, KY 40507

The Cromwell Group, Inc.
Agent:  Wayne F. Collier
c/o Kinkead & Stilz, PLLC
PNC Bank Tower
301 East Main Street
Lexington, KY 40507

Douglas R. Pierce
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201
dpierce@kingballow.com
COUNSEL FOR HANCOCK COMMUNICATIONS
AND THE CROMWELL GROUP, INC.

Brack Stacy
1486 Oriole Pl.
Upland, CA 91784

Brian Jackson
5966 Warner Road
Newburgh, IN 47630

19873257.1